1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

12

13

14

15

16

17

KWESI NOKKMO DONALDSON,

Petitioner,

v.

STATE OF WASHINGTON,

Respondent.

Case No. C07-5479 RBL/KLS

ORDER TO AMEND PETITION

18

19

20

21

This habeas corpus petition has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and  4.  Petitioner seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254.  (Dkt. # 1).

22

23

24

25

26

27

On November 16, 2007, Petitioner was ordered to pay the filing fee and to amend his habeas corpus petition to correctly name the Respondent.  (Dkt. # 5).  Petitioner has paid the filing fee (*see* Receipt # T-2995, received November 23, 2007), and advises the Court that his immediate custodian and warden is Timothy Wrengler.  (Dkt. # 7).  Petitioner states that he is unable to amend and make copies of the petition as he sent the original to the Court.  (*Id.*)  In response to Petitioner's request, the Clerk of the Court sent a copy of the petition to Petitioner on November 27, 2007.

28

ORDER - 1

1    Accordingly, it is **ORDERED**:

2    (1)    Petitioner shall amend his petition to name his immediate custodian and warden as

3           Respondent and shall provide the Court with sufficient copies of the Petition for

4           service **on or before December 28, 2007**; and

5    (2)    The Court Clerk is directed to send a copy of this Order to Petitioner and to note this

6           matter for the Court's **December 28, 2007** calendar.

7

8    DATED this  4th  day of December, 2007.

9

10

11                                              Karen L. Strombom
                                               United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER - 2