UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KWESI NOKKMO DONALDSON,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>    Respondent. | Case No. C07-5479 RBL/KLS<br><br>SUPPLEMENTAL ORDER TO AMEND PETITION |

On December 4, 2007, Petitioner was ordered to amend his petition to name his immediate custodian and warden, Timothy Wrengler. (Dkt. # 8). Petitioner has not yet done so. However, Petitioner is advised that because he is a Washington state prisoner presently housed in an out-of-state facility, he should also name the Washington Attorney General as a respondent. Thus, the caption of his petition should read: "Kwesi Nokkmo Donaldson, Petitioner v. Timothy Wrengler and the Washington Attorney General, Respondents."

Accordingly, it is **ORDERED**:

(1) Petitioner shall amend his petition to name Timothy Wrengler and the Washington Attorney General as Respondents. Plaintiff shall provide the Court with sufficient

ORDER - 1

copies of the Petition for service **on or before February 29, 2008**; and

(2) The Court Clerk is directed to send a copy of this Order to Petitioner and to note this matter for the Court's **February 29, 2008** calendar.

DATED this  28th  day of January, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2