UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KWESI NOKKMO DONALDSON,

    Petitioner,

    v.

TIMOTHY WRENGLER and THE WASHINGTON STATE ATTORNEY GENERAL,

    Respondents.

Case No. C07-5479 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Petition for Writ of Habeas Corpus, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's writ of habeas corpus (Dkts # 6 and 10) is **DISMISSED WITH PREJUDICE**;

(3) For the reasons stated in the Report and Recommendation, this Court declines to issue a certificate of appealability because the petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2).

(4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

DATED this 6th day of June, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1