# United States District Court

### WESTERN DISTRICT OF WASHINGTON

KWESI NOKKMO DONALDSON

     v.

TIMOTHY WRENGLER, et al.,

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5479RBL/KLS

___   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Petitioner's writ of habeas corpus (Dkts #6 and 10) is **DISMISSED WITH PREJUDICE**; and

For the reasons stated in the Report and Recommendation, this Court declines to issue a certificate of appealability because the petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2).


|   June 9, 2008   |     BRUCE RIFKIN     |
|---|---|
| Date | Clerk |

      *s/CM Gonzalez*

Deputy Clerk